

**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the General Counsel
General Law Division
330 C Street, S.W.
Switzer Building, Suite 2100
Washington, D.C. 20201

APR 23 2025

<u>**U. S. MAIL CERTIFIED - RETURN RECEIPT REQUESTED**</u>
(Article No. 7019 1120 0002 0807 8907)

Matthew McElligott, Esquire
Hall Prangle Schoonveld, LLC
200 South Wacker Drive, Suite 3300
Chicago, Illinois 60606

Re: <u>**Reconsideration of Administrative Tort Claims of Tenet Healthcare Corporation
and VHS West Suburban Medical Center, Inc. d/b/a West Suburban Medical
Center** – Claim Nos. **2024-0220 and 2024-0272**</u>

Dear Counsel:

On February 9, 2024, on behalf of your clients, Tenet Healthcare Corporation and VHS West Suburban Medical Center, Inc., d/b/a West Suburban Medical Center, you filed administrative tort claims under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2401(b), 2671-80. On September 11, 2024, the U.S. Department of Health & Human Services ("HHS") denied the administrative tort claims as untimely as any action on the claims would be barred by the Illinois statute of repose for medical malpractice actions. 735 Ill. Comp. Stat. 5/13-212. On February 24, 2025, your clients requested that HHS reconsider the final determination denying the administrative tort claims.

The FTCA authorizes the settlement of any claim for money damages against the United States for, *inter alia,* injury or death caused by the negligent, or wrongful, act or omission of any employee of the Federal Government, while acting within the scope of employment. Under the FTCA, said act or omission must be such that the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred. 28 U.S.C. § 2672.

This letter constitutes the notice of final determination on your clients' requests for reconsideration of the denial of their administrative tort claims, as required by 28 U.S.C. §§ 2401(b), 2675(a) and 28 C.F.R. § 14.9(b). On reconsideration of the claims, I have determined that the initial decision denying the claims was correct. Accordingly, the requests for reconsideration of Tenet Healthcare Corporation and VHS West Suburban Medical Center, Inc., d/b/a West Suburban Medical Center are denied.

If your clients are dissatisfied with this determination, they are entitled to file suit against the United States in the appropriate federal district court within six (6) months from the date of

Matthew McElligott, Esq.
Claim Nos. 2024-0220 and 2024-0272
Pg. 2

mailing of this determination. 28 U.S.C. § 2401(b); 28 C.F.R. § 14.9.

Sincerely,

Daretia M.
Hawkins -S

Digitally signed by Daretia
M. Hawkins -S
Date: 2025.04.22 15:28:01
-04'00'

Daretia M. Hawkins
Assistant Deputy Associate General Counsel
Claims and Employment Law Branch