UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VHS WEST SUBURBAN MEDICAL CENTER, INC., d/b/a WEST SUBURBAN MEDICAL CENTER, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 25 C 12921 |
| v. | ) ) | Judge Kennelly |
| THE UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

**UNITED STATES' UNOPPOSED MOTION TO EXTEND TIME**

Defendant the United States of America, by its attorney, Andrew S. Boutros, United States Attorney for the Northern District of Illinois, moves to extend its deadline to reply in support of its motion to dismiss (Dkt 16) from April 17, 2026, to May 1, 2026, and in support states as follows:

1. The United States has moved to dismiss this medical malpractice case (Dkt. 16), and its reply in support of its motion is due on April 17, 2026. Dkt. 19.

2. This court may be aware that the undersigned AUSA faces the following deadlines in front of this court: (1) a consolidated reply in support of summary judgment and response to plaintiff's cross-motion for summary judgment in *Stevens v. CBP, et al.*, No. 25 C 2719 (Kennelly, J.), due today; (2) a consolidated reply in support of summary judgment and response to plaintiff's cross-motion for summary judgment in *Stevens v. Army*, No. 25 C 5144 (Kennelly, J.), due on Tuesday; and (3) a consolidated reply in support of summary judgment and response to plaintiff's cross-motion for summary judgment in *Stevens v. HHS, et al.*, No. 22 C 5072 (Kennelly, J.), due a week from today.

3. The undersigned AUSA must also file an appellee's brief in *Wilkerson v. Collins*, No. 25-2820 (7th Cir. 2025), on or before April 27.

4. The undersigned AUSA has also been immersed in an aggressive deposition schedule in *Carrasco, et al. v. City of Joliet, et al.*, No. 23 C 15572, with depositions having been held on March 2, 5, 6, 10, 12, 13, 16, 23, and 27, and April 1, 2, 6, and 9. More depositions in that case are scheduled for April 13, 15, 17, 20, 22, 23, and 24.

5. Extending the reply deadline by two weeks, from April 17 to May 1, will allow the United States sufficient time to prepare its reply.

6. Plaintiff does not object.

WHEREFORE, the United States asks that the deadline for filing its reply in support of its motion to dismiss be extended from April 17 to May 1, 2026.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Alex Hartzler
    ALEX HARTZLER
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-1390
    alex.hartzler@usdoj.gov