| | | |
|---|---|---|
| VHS WEST SUBURBAN MEDICAL CENTER, INC. d/b/a WEST SUBURBAN MEDICAL CENTER, | ) ) ) ) | |
| | ) | No. 25 C 12921 |
| Plaintiff, | ) ) | Judge Kennelly |
| v. | ) ) | |
| THE UNITED STATES OF AMERICA, | ) ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Plaintiff West Suburban Medical Center and defendant United States of America, by their attorneys, jointly submit this status report in this Federal Tort Claims Act lawsuit in accordance with the court's June 26, 2026 order (Dkt. 28):

1. The parties believe that a significant amount of discovery likely occurred in the state court medical malpractice lawsuit against West Suburban that gave rise to this contribution action.

2. The parties accordingly anticipate that fact discovery in this case can likely be completed in less time than it otherwise would take to conduct fact discovery in a complex medical malpractice lawsuit arising out of a labor and delivery that allegedly caused a serious birth injury.

3. The parties accordingly propose the following schedule: (1) plaintiff to provide defendant with the state court discovery by July 9, 2026; (2) the parties to issue any further written discovery requests by August 7, 2026; and (3) fact discovery to be completed by January 8, 2027.

4. Counsel for the parties have discussed whether expert discovery is likely to be needed and do not unanimously agree on the answer. The parties plan to separately investigate this question and to further confer based on their findings. The parties accordingly propose that the court wait to set any expert discovery schedule until the close of fact discovery (or closer to it).

Respectfully submitted,

*s/ Matthew Kaminski*
_____
DAVID C. HALL
MATTHEW KAMINSKI
Attorneys for West Suburban Medical Center
Hall Prangle LLC
200 South Wacker Drive, Suite 3300
Chicago, Illinois 60606
(312) 345-9600
dhall@hallprangle.com
mkaminski@hallprangle.com

ANDREW S. BOUTROS
United States Attorney

By: *s/ Alex Hartzler*
_____
ALEX HARTZLER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-1390
alex.hartzler@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify on this 7th day of July, 2026, I served a true and correct copy of the forgoing **JOINT STATUS REPORT** upon all counsel of record by Electronic Mail/eFile system.

*e/s/ Eulora C. Thompson*
Eulora C. Thompson