**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| VHS WEST SUBURBAN MEDICAL CENTER, INC. d/b/a WEST SUBURBAN MEDICAL CENTER, | ) | |
| | ) | No. 25 C 12921 |
| Plaintiff, | ) | Judge Kennelly |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendants. | ) | |

# JOINT STATUS REPORT

Plaintiff West Suburban Medical Center and defendant United States of America, by their attorneys, jointly[1] submit this status report in this Federal Tort Claims Act lawsuit:

1. Discovery is underway and the parties continue to go through the extensive state court record that was developed.

2. At this juncture, the parties do not anticipate needing an extension of the fact discovery deadline of January 8, 2027.

Respectfully submitted,

s/ Matthew Kaminski

DAVID C. HALL
MATTHEW KAMINSKI
Attorneys for West Suburban Medical Center
Hall Prangle LLC
200 South Wacker Drive, Suite 3300
Chicago, Illinois 60606
(312) 345-9600
dhall@hallprangle.com
mkaminski@hallprangle.com

[1] The parties apologize to the Court for inadvertently missing the court-ordered deadline of 10/15/22 to file this Joint Status Report.

ANDREW S. BOUTROS
United States Attorney

By: s/ Alex Hartzler
ALEX HARTZLER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-1390
alex.hartzler@usdoj.gov